IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY WEATHERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | )   2:06-CV-666-DRB |
| | ) |
| ELI LILLY and COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

### O R D E R

Review of this file warrants entry of the preliminary orders which follow:

**A.    Pending Motions**

It is **ORDERED** that Plaintiff show any cause on or before August 17, 2006, why *Defendant Eli Lilly and Company's Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* filed with a *Supporting Memorandum and Exhibits* (Docs. 4 and 5, July 25, 2006), should not be granted.

**B.    Magistrate Judge Consents or Reassignment Requests**

The record reflects the Clerk's transmittal of notice to the plaintiff and defendants on July 27, 2006, of the random assignment of this civil case to a United States Magistrate Judge, who is authorized by 28 U.S.C. § 636(c) to conduct any and all proceedings in a jury or non-jury civil case and to order the entry of final judgment **upon the consent of all parties to a case**. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent to, or decline to consent to, the exercise of jurisdiction of a Magistrate Judge, without adverse consequences. **Counsel for the parties are DIRECTED to execute and send to the Clerk, for receipt not later than August 17, 2006,**

*either* **the attached form for consent to the Magistrate Judge's exercise or jurisdiction *or* the attached form for reassignment of this case to the District Judge.**

### C. Dispositive Motions

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

### D. Scheduling for Trial

The court may or may not hold a scheduling conference before issuing a scheduling order, and counsel may indicate any preference on the Rule 26(f) report. If the court sets a scheduling conference, counsel may participate by conference call as circumstances may warrant.

This case will be set for trial during one of the assigned judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

Done this 28th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY WEATHERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | )   2:06-CV-666-DRB |
| | ) |
| ELI LILLY and COMPANY, et. al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____       _____
Date                                                              Signature

                                                                             _____
                                                                             Counsel For (**print** name of all parties)

                                                                             _____
                                                                             Address, City, State, Zip Code

                                                                             _____
                                                                             Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY WEATHERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 2:06-CV-666-DRB |
| | ) | |
| ELI LILLY and COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____        _____
Date                                             Signature

                                              _____
                                              Counsel For (**print** name of all parties)

                                              _____
                                              Address, City, State Zip Code

                                              _____
                                              Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101