**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **BETTY WEATHERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 2:06-cv-0666-DRB** |
| | ) | |
| **ELI LILLY AND COMPANY et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**DEFENDANT ELI LILLY AND COMPANY'S
NOTICE OF FILING SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO STAY ALL PROCEEDINGS**

COMES NOW defendant Eli Lilly and Company ("Lilly") and, in further support of its Motion to Stay, files two Orders granting Lilly's Motion to Stay in cases pending in this district, which were filed by Plaintiff's counsel and are nearly identical to the present action.

Judge Myron Thompson granted Lilly's motions to stay in *Grant v. Eli Lilly and Company et al.*, No: 2:06-cv-464-MHT (M.D. Ala. July 27, 2006) (Order attached as Exhibit "A"), and *Frizzle v. Eli Lilly and Company et al.*, No.: 2:06-cv-467-MHT (M.D. Ala. July 27, 2006) (Order attached as Exhibit "B"). The allegations against Lilly and Yolanda McCain in those cases are identical to the allegations against them in the present case. Moreover, Judge Thompson was

presented with essentially the same Motion to Remand and Opposition to Motion to Stay that Plaintiff's counsel has filed here.

Respectfully submitted,

s/ James C. Barton Jr.
James C. Barton, Jr.
Bar Number:  ASB-0237-B51J
Email:  jbartonjr@jbpp.com

s/ Alan D. Mathis
Alan D. Mathis
Bar Number:  ASB-8922-A59M
Email:  adm@jbpp.com

Attorneys for defendant
Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 458-9400
Facsimile: (205) 458-9500

**OF COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on July 28, 2006, using the CM/ECF system, which will send notification of such filing to the following:

E. Frank Woodson, Esq.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, Alabama 36104

s/ Alan D. Mathis
Of Counsel

W0567105.DOC

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MATTIE GRANT,                    )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )     2:06cv464-MHT
                                 )        (WO)
                                 )
ELI LILLY AND COMPANY, and       )
YOLANDA McCAIN,                  )
                                 )
     Defendants.                 )

### ORDER

It is ORDERED that the motion for stay (doc. no. 5) is

granted and this cause is stayed pending MDL transfer.

See, e.g., McCray-Martin v. Eli Lilly and Company, civil

action no. 2:05cv1048-T (M.D. Ala. Nov. 22, 2005) (order

staying case, including remand motion, pending MDL

transfer); Muhammad v. Eli Lilly and Company, civil action

no. 2:05cv1046-T (M.D. Ala. Nov. 22, 2005) (same).

DONE, this the 27th day of July, 2006.


                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT FRIZZLE,               )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )      2:06cv467-MHT
                              )          (WO)
ELI LILLY and COMPANY and     )
YOLANDA McCAIN, Sales         )
Sales Representative,         )
                              )
     Defendants.              )
```

ORDER

It is ORDERED that the motion for stay (doc. no. 4) is granted and this cause is stayed pending MDL transfer. See, e.g., Grant v. Eli Lilly and Company, civil action no. 2:06cv464-MHT (M.D. Ala. July 27, 2006) (order staying case, including remand motion, pending MDL transfer); McCray-Martin v. Eli Lilly and Company, civil action no. 2:05cv1048-T (M.D. Ala. Nov. 22, 2005) (same); Muhammad v.

<u>Eli Lilly and Company</u>, civil action no. 2:05cv1046-T (M.D. Ala. Nov. 22, 2005) (same).

DONE, this the 27th day of July, 2006.


         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE